# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6067  
Purchased/Filed:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

*Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds*    Plaintiff

against

*DiMaio Millwork Corporation*    Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____Lewis Sperber_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 2, 2007_____ at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint

on

_____DiMaio Millwork Corporation_____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __38__   Approx. Wt: __145__   Approx. Ht: __5'5"__  
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other:

Sworn to before me on this  
__5th__ day of __July, 2007__

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898579, Qualified in Albany County  
Commission Expires June 15, 2011

Lewis Sperber

Invoice•Work Order # SP0705607

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179