

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,   ) Index No. 07-CIV-6067 (GAY)

        Plaintiffs,   ) REQUEST FOR ENTRY OF
                   DEFAULT JUDGMENT

-against-

DIMAIO MILLWORK CORPORATION,
        Defendant.

---

TO:    Clerk of the United States District Court for the
        Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Dimaio Millwork Corporation having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds against the Defendant, Dimaio Millwork Corporation in the sum of $7,519.62, which includes principal, interest, attorneys' fees, court costs and disbursements.

Dated: Elmsford, New York
       August 6, 2007

                                                Dana L. Henke (DLH3025)
                                                Barnes, Iaccarino, Virginia,
                                                Ambinder & Shepherd, PLLC
                                                258 Saw Mill River Road
                                                Elmsford, New York 10523
                                                (914) 592-1515

