UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,        ) Index No. 07-CIV-6067 (KMK)
                                             )
                                             )        AMENDED
                        Plaintiffs,          )   DEFAULT JUDGMENT
                                             )
                                             )
        -against-                            )
                                             )
DIMAIO MILLWORK CORPORATION,                 )
                        Defendant.           )
                                             )

---

This action having been commenced on June 26, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Dimaio Millwork Corporation on July 2, 2007 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on July 16, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Seven Thousand Seven Hundred and Seventy Nine Dollars and Sixty Two Cents ($7,779.62), which includes the following: the principal amount owed in late charges in the sum of $5,589.62 for the period January 11, 2005 through to and including March 31, 2007, attorneys' fees in the sum of $1,800.00; plus court costs and disbursements of this action in the sum of $390.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
                2007

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.