UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS, ) Index No. 07-CIV-6067 (KMK)
) 
                               Plaintiffs, )       AMENDED
) STATEMENT OF DAMAGES
)
   -against- )
)
DIMAIO MILLWORK CORPORATION, )
                             Defendant. )
)

---

Principal amount due...................................................................... $ 5,589.62
for the period January 11, 2005 through to March 31, 2007

Attorneys' Fees ................................................................................. $ 1,800.00

Court Costs & Disbursements:

    Filing Fees (Index)...................................................................... $ 350.00
    Process Server Fee...................................................................... $   40.00


**GRAND TOTAL:**................................................................... $ 7,779.62