UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND      Index No.: 07-CIV-6067 (KMK)
ANNUITY FUNDS,

                              Plaintiffs,          **VOLUNTARY NOTICE**
                                            **OF DISMISSAL**

   -against-

DIMAIO MILLWORK CORPORATION,

                              Defendant.
------------------------------------------------------------x

      Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: September 7, 2007
       Elmsford, New York

                                                        Dana L. Henke, Esq. (DLH3025)
                                                        Attorney for Plaintiff
                                                        258 Saw Mill River Road
                                                         Elmsford, New York 10523
                                                         (914) 592-1515

SO ORDERED

_____
Honorable Kenneth M. Karas, U.S.D.J.
9/8/07

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```